**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01360-CV

### HIGH REV POWER, L.L.C., Appellant

### V.

### MASSIMO MOTOR SPORTS, LLC, ET AL., Appellees

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-12-07411-D

## ORDER

We **REINSTATE** this appeal.

In an order dated June 17, 2015, the Court ordered the Honorable Ken Tapscott, Judge of the County Court at Law No. 4, to conduct a hearing and make findings of fact as to whether (1) the lost or destroyed exhibits could be replaced by agreement of the parties and (2) if the lost or destroyed exhibits could not be replaced by agreement of the parties, they could be replaced with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibits. On July 20, 2015, the Court received a supplemental clerk's record containing Judge Tapscott's findings.

Judge Tapscott found that (1) Plaintiff's tendered exhibits 7, 14, 17, and 26 are duplicates and accurate copies of the same Plaintiff's exhibits 7, 14, 17, and 26 that were offered and

admitted during trial; and (2) Defendants' exhibit 4, standing alone as a documentary exhibit, is not necessary for purposes of determining the merits of the appeal.

We **ORDER** Coral Hough, Official Court Reporter for the County Court at Law No. 4, to file the reporter's record, including the copies of Plaintiff's exhibits 7, 14, 17, and 26, within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Hough and all counsel of record.

/s/     ELIZABETH LANG-MIERS
         JUSTICE